FILED

MAR - 6 2008

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. SALVADOR PONCE-GARCIA, Defendant. | Criminal Case No. 08 CR 678 BEN<br>I N F O R M A T I O N<br>Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer |

The United States Attorney charges:

On or about February 9, 2008, within the Southern District of California, defendant SALVADOR PONCE-GARCIA, in a matter within the jurisdiction of the United States Department of Homeland Security, a department and agency of the United States, did knowingly and willfully make false, fictitious and fraudulent statements and representations as to material facts in that he did represent and state to U.S. Border Patrol Agents that his name was Hector Ponce, whereas in truth and fact, as defendant then and there well knewthat statement and representation was false, fictitious and fraudulent when made; in violation of Title 18, United States Code, Section 1001.

DATED: 3/6/08.

KAREN P. HEWITT
United States Attorney

for [signature]
DOUGLAS KEEHN
Assistant U.S. Attorney