(20)

AO 455(Rev. 5/85) Waiver of Indictment

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

FILED
MAR - 6 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES OF AMERICA

v.

SALVADOR PONCE-GARCIA

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR678 BEN

I, SALVADOR PONCE-GARCIA, the above named defendant, who is accused of committing the following offense:

Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 3/6/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Salvador Ponce
Defendant

Counsel for Defendant

Before
JUDICIAL OFFICER